```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
NICHOLAS TRIOLO,                                             :
                                         Plaintiff,          :
                                                             :
              -v-                                            :
                                                             :          17-cv-4940 (KBF)
                                                             :
CANTOR FITZGERALD SECURITIES,                                :
INC., BGC TECHNOLOGY MARKETS, L.P.,                          :          ORDER
ESPEED MARKETS, L.P., NEWMARK                                :
GRUBB KNIGHT FRANK,                                          :
                                                             :
                                         Defendants.         :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 6, 2018

KATHERINE B. FORREST, District Judge:

The Court has now been advised that the parties have reached a settlement in principle. This action was brought under the FLSA and New York State labor laws. A settlement must be scrutinized by the Court to ensure that it is fair. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Accordingly, it is hereby ORDERED that the parties submit any proposed settlement agreement to the Court for its approval no later than **August 24, 2018**. The parties shall also on or before that date make submissions in support of their settlement, explaining why it should be approved based on the issues described in Cheeks. With regard to the FLSA claim, such submissions shall provide for any plaintiff (1) the amount of unpaid overtime compensation claimed on his or her FLSA claim; (2) the amount of the settlement consideration attributable to the

2

FLSA claim; and (3) any weaknesses, strengths, uncertainties or other circumstances with regard to the FLSA claim, or its prosecution, that affected the corresponding portion of the settlement consideration. In addition, the submission shall (4) set forth the amount of any award of attorney's fees and the specific basis for that fee calculation (e.g., hourly rate, number of hours, and any contractual limitations on the fee award).

All other dates in this action are hereby ADJOURNED.

SO ORDERED.

Dated:   New York, New York
         August 6, 2018

_____
KATHERINE B. FORREST
United States District Judge