UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLAS TRIOLO,

                Plaintiff,

-against-

CANTOR FITZGERALD SECURITIES, INC., BGC TECHNOLOGY MARKETS, L.P., ESPEED MARKETS, L.P., and NEWMARK GRUBB KNIGHT FRANK,

                Defendants.

---

**ECF Case**

**Case No.: 17-cv-04940 (KBF)**

**PLAINTIFF'S CONSENT NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Bradford D. Conover, dated August 21, 2018, in support of Plaintiff's Consent Motion for Approval of the parties' proposed Settlement Agreement, and the exhibits annexed thereto, and all the papers and proceedings heretofore had herein, plaintiff. Nicholas Triolo, will move this Court, before the Honorable Katherine B. Forrest, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Court Room 23B, New York, New York 1007, on a date to be determined by the Court, for an order, pursuant to the Rules of the Federal Rules of Civil Procedure and under the Fair Labor Standards Act, 29 U.S.C. § 216(b), approving the parties' proposed Settlement Agreement, and, if required, scheduling a fairness hearing on the proposed

settlement, together with such other and further relief as the Court deems just and proper.


Dated: New York, New York
August 21, 2018

                                              Respectfully Submitted,

                                              ___/s/_____
                                              Bradford D. Conover
                                              Molly Smithsimon
                                              CONOVER LAW OFFICES
                                              Attorneys for Plaintiff
                                              345 Seventh Avenue, 21st Floor
                                              New York, New York 10001
                                              (212) 588-9080
                                              brad@conoverlaw.com


To:     Michael S. Popok, Deputy General Counsel
           David A. Paul, General Counsel
           Miguel A. Lopez, Counsel
           Attorneys for Defendants
           110 East 59th Street, 7'h Floor
           New York, NY 10022