```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
NICHOLAS TRIOLO,                                             :
                                           Plaintiff,        :
                                                             :
              -v-                                            :
                                                             :    17-cv-4940 (KBF)
CANTOR FITZGERALD SECURITIES,                                :
INC., BGC TECHNOLOGY MARKETS, L.P.,                          :    ORDER
ESPEED MARKETS, L.P., NEWMARK                                :
GRUBB KNIGHT FRANK,                                          :
                                                             :
                                           Defendants.       :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 27, 2018

KATHERINE B. FORREST, District Judge:

The Court has reviewed the August 21, 2018 submissions from counsel regarding settlement. (ECF No. 87.) The Court has carefully reviewed the proposed settlement and finds that it is fair and reasonable. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement is APPROVED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
          August 27, 2018

                                                         _____
                                                              KATHERINE B. FORREST
                                                            United States District Judge